UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN   HOLCOMB   and   KAREN
HOLCOMB,

      Plaintiffs,

v.                              Case No:  2:24-cv-00181-JES-NPM

SAFETY   SPECIALTY   INSURANCE
COMPANY,

      Defendant.

_____

**ORDER**

This matter comes before the Court on review of Plaintiffs' Motion for Authorized Persons to Enter Courtroom with Electronic Devices (Doc. #105).  Also before the Court is Defendant's Motion for Authorized Persons to Enter Courtroom with Electronic Devices (Doc. #106).

Plaintiffs and Defendant seek permission to bring electronic devices into the building during the scheduled trial period.  More specifically, Plaintiffs seek permission for the following individuals: (1) Valerie Prottsman; (2) Claudine Favier; (3) Brian Holcomb; (4) Karen Holcomb; (5) Steven Schwed; (6) John McHugh; and (7) Nate Johnson, and Defendant seeks permission for the following individuals: (1) Lindsay Medhurst; (2) Eric Reneau; (3) Tina Taylor; (4) Daniel Sanders; and (5) Robert Knudsen.

Pursuant to Local Rule 7.02(a), no individual that is neither a member of the Florida Bar nor specially admitted lawyer may enter the courthouse with an electronic device. See M.D. Fla. R. 7.02(a). A judge, however, may enter an order permitting a person to enter a courthouse with an electronic device upon a party seeking leave. See M.D. Fla. R. 7.02(a)(2).

The Court will grant leave for the above-named individuals to bring one cell phone into the courthouse during the trial period.[1] Counsel is reminded to inform all individuals that the cell phone is subject to screening by the Court Security Officers and/or U.S. Marshal's Office and must be turned off while court is in session. Further, the individuals are not permitted to share the device with, or deliver a device to, another person not covered by this Order.

Accordingly, it is now

**ORDERED**:

(1) Plaintiffs' Motion for Authorized Persons to Enter Courtroom with Electronic Devices (Doc. #105) is **GRANTED**.

---

[1] Neither party made specific requests as to what electronic devices they seek to bring into the courthouse, so the Court will limit such devices to a single cell phone.

(2)   Defendant's Motion for Authorized Persons to Enter Courtroom with Electronic Devices (Doc. #106) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of February, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-3-